IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:20cr257 |
| vs. | ) ) ) | ORDER |
| CARLOS O. LOPEZ, | ) ) | |
| Defendant | ) ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [23]. For the reasons set forth in the motion, the undersigned magistrate judge finds that good cause exists for the requested continuance.

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [23] is granted as follows:

1. The jury trial, now set for July 19, 2022, is continued to **September 27, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 27, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:** June 29, 2022

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**